IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK JAMES BYRNE, JR., | : | No. 3:25-CV-0709 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| MCINTYRE, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 23rd day of May 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Plaintiff's Section 1983 complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted;

2) Plaintiff, if he so desires, may refile his lawsuit after he has exhausted administrative remedies;

3) Plaintiff's motion (Doc. 11) for an extension of time to file his application for leave to proceed *in forma pauperis* is **DISMISSED** as moot; and

4) The Clerk of Court is directed to **CLOSE** this case.

Date: 5/23/25

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court